UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. BAKER, | No. 2:13-cv-0686 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| TOLLIVER et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $50.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.[1]

/////

---

[1] Plaintiff has a filed a "motion opposing denial of indigent inmate status and prepayment of filing fees." Another judge of this court has previously denied plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) (three strikes). See Case No. 2:12-cv-0174 AC P (E.D. Cal. 2013). Therefore, it appears that plaintiff is trying to argue in favor of the court nonetheless granting him in forma pauperis status in this case. Plaintiff is advised that this court cannot grant him any relief from § 1915(g) or otherwise until he properly commences this action by filing either the required filing fee or an application to proceed in forma pauperis. Accordingly, the court will deny plaintiff's motion without prejudice.

1

1   Plaintiff is cautioned that the in forma pauperis application form includes a section that
2   must be completed by a prison official, and the form must be accompanied by a certified copy of
3   plaintiff's prison trust account statement for the six-month period immediately preceding the
4   filing of this action.

5   In accordance with the above, IT IS HEREBY ORDERED that:

6   1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00
7   filing fee plus the $50.00 administrative fee or a properly completed application to proceed in
8   forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply
9   with this order or seek an extension of time to do so will result in a recommendation for dismissal
10  of this action without prejudice;

11  2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
12  Pauperis By a Prisoner for use in a civil rights action; and

13  3. Plaintiff's motion opposing denial of indigent inmate status and prepayment of filing
14  fees (Doc. No. 4) is denied without prejudice.

15  Dated: November 7, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bake0686.3a